# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 2:18-cv-07888-WDK-JC | Date | December 10, 2018 |
|---|---|---|---|
| Title | G and G Closed Circuit Events, LLC v. Hera Ramos | | |

| Present: The Honorable | William D. Keller, United States District Judge | | |
|---|---|---|---|
| Linda Kanter | n/a | n/a | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE

The Court, on its own motion, hereby **ORDERS** plaintiff to show cause in writing no later December 17, 2018 why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of the following as an appropriate response to this OSC on or before the above date:

**Plaintiff filing a Motion for Entry of Default Judgment (Fed. R. Civ. P. 55(b)) as to Hera Ramos individually doing business as Aztig Grill**

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. *See* Local Rule 8.3.

No oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due. Plaintiff's counsel is ordered to serve this minute order on all defendants.

IT IS SO ORDERED.

:

Initials of Preparer   lk